UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES - GENERAL

**CASE NO.** 4:12cv89-M-V and 4:13cv67-M-V    **PLACE HELD -** Greenville

CREEL v HUMPHREYS COUNTY, MS

**DATE & TIME BEGUN/ENDED:** 9/17/2013 @ 11:00 A.M. - 3:30 P.M.

Total Time -   Hours   min.

**PRESENT:** Honorable Jane M. Virden, U.S. Magistrate Judge

| **Attorney(s) for plaintiff(s)** | **Attorney(s) for defendant(s)** |
|---|---|
| Boyd Atkinson | Marc Boutwell |
|  | Jason Marsh |

**PROCEEDINGS:** Settlement Conference

**Docket Entry:** Conference held. Case settled.

DAVID CREWS, CLERK

**By:** ___/s/ Dean Dacus___
**Courtroom Deputy**